```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

DOROTHY JOHNSON,                  :
                                  :
    Plaintiff,                   :
                                  :
vs.                               :
                                  :    CIVIL ACTION 16-0232-M
CAROLYN W. COLVIN,                :
Social Security Commissioner,     :
                                  :
    Defendant.                   :

<u>JUDGMENT</u>

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Dorothy Johnson and against Defendant Carolyn W. Colvin.

DONE this 18th day of November, 2016.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE