IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

```
DOROTHY JOHNSON,                      :
                                      :
     Plaintiff,                       :
                                      :
vs.                                   :    CIVIL ACTION 16-0232-M
                                      :
CAROLYN W. COLVIN,                    :
Commission of Social Security,        :
                                      :
     Defendant.                       :
```

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Dorothy Johnson and against Defendant Carolyn W. Colvin.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA Attorney's fee in the amount of $1,934.76.

DONE this 21st day of December, 2016.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE